UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY BENNETT,

    Plaintiff,

v.                                                    Case No: 8:17-cv-1082-T-36MAP

CALIBER HOME LOANS, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Stipulation of Dismissal (Doc. 16). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal is **APPROVED** (Doc. 16).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on July 25, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record